1044

THE STATE OF WASHINGTON, *Respondent*, v. LYNWOOD EARL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05124-9, Marywave Van Deren, J., entered March 13, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ADAM THOMAS SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 01-8-00003-0, Joel M. Penoyar, J., entered May 7, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

BRUCE A. ERLWEIN, SR., ET AL., *Appellants*, v. MURRAY MOTORS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-2-00877-1, Thomas J. Majhan, J., entered May 2, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01028-1, Roger A. Bennett, J., entered April 19, 2001. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.